UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES LYNN O'HINES,

        Plaintiff,

  vs.

MICHAEL CLAUDELL STEPHENS, et al.,

        Defendants.

No. C 10-3079 PJH (PR)

**ORDER OF DISMISSAL**

This pro se civil rights action was filed on July 13, 2010. On that same day the court notified plaintiff that he had neither paid the filing fee nor applied for leave to proceed in forma pauperis ("IFP"). A copy of the court's form for applications to proceed in forma pauperis was provided with the notice, along with a return envelope. Plaintiff was informed that if he did not either pay the fee or apply for leave to proceed IFP within thirty days the case would be dismissed.

On July 21, 2010, plaintiff filed a document headed "Notice to the Clerk." It is largely illegible, but appears to have nothing to do with the filing fee.

Because plaintiff has not paid the filing fee or filed an application for leave to proceed in forma pauperis, this case is **DISMISSED** without prejudice. The clerk shall close this file.

**IT IS SO ORDERED.**

Dated: September 1, 2010.

                                            PHYLLIS J. HAMILTON
                                            United States District Judge

P:\PRO-SE\PJH\CR.10\OHINES3079.DSM-ifp.wpd